IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN D. JENKINS, ID #03439-063, Petitioner, vs. DJ HARMON, Warden, FCI Seagoville, Respondent. | No. 3:17-CV-831-C-BK |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge along with Petitioner's untimely Objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court further finds that the untimely Objections should be OVERRULED.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, this action will be **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction.

SIGNED this 8th day of January, 2018.

SENIOR UNITED STATES DISTRICT JUDGE